UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DERRICK MULLINS,

                Plaintiff,

    -against-

VILLAGE RESTAURANT GROUP LLC d/b/a HUDSON CLEARWATER and 71 MORTON STREET, LLC,

                Defendants.

---

Case No. 18 CV7740

STIPULATION OF DISMISSAL

    Plaintiff and defendants, through their undersigned attorneys, hereby stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and an agreement among them, to the voluntary dismissal of the above-captioned action, with prejudice, and without costs, attorneys' fees, expenses or disbursements to any party as against the other, subject to the terms of the Stipulation of Settlement. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute but one and the same instrument.

Dated: April 8, 2019

Helbraun & Levey LLP

By: _____
Lee N. Jacobs, Esq.
110 William Street, Suite 1410
New York, NY 10038
Attorneys for Defendant
Village Restaurant Group LLC

By: _____
Donald J. Weiss, Esq.
363 Seventh Avenue
New York, NY 10001
Attorney for Plaintiff

Eustace, Epstein, Prezioso & Yapchanyk

By: _____
Rhonda L. Epstein, Esq.
55 Water Street, 28th Floor
New York, NY 10041
Attorneys for Defendant
71 Morton Street LLC